UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF DANVILLE,<br><br>Defendant. | Case No. 19-cv-01886-JCS<br><br>**ORDER GRANTING DANVILLE CITIZENS FOR RESPONSIBLE GROWTH'S MOTION TO INTERVENE**<br><br>Re: Dkt. No. 40 |

On October 31, 2019, Danville Citizens for Responsible Growth ("DCRG") filed a motion to intervene in this action. Plaintiff GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless ("Verizon Wireless") opposed DCRG's motion to intervene. Defendant Town of Danville filed a non-opposition to DCRG's motion to intervene. Having reviewed the parties' submissions, the Court concludes that this matter is suitable for decision without a hearing. DCRG's motion to intervene is GRANTED pursuant to Fed. R. Civ. P. 24(b).[1][2]

The Court HEREBY ORDERS the following:

1. DCRG must file its opposition to Verizon Wireless' motion for partial summary judgment no later than December 6, 2019;
2. Verizon Wireless may file its reply to DCRG's opposition no later than December 13, 2019;
3. The December 6, 2019 hearings for DCRG's motion to intervene and Verizon

---

[1] The parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). In addition, the proposed intervenor has consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c).

[2] Although DCRG did not seek permissive leave to intervene under subdivision (b), the Court finds permissive intervention to be appropriate.

Wireless' motion for partial summary judgment are hereby vacated; and

4. The hearing of Verizon Wireless' motion for partial summary judgment is continued to January 10, 2020, at 9:30 AM in Courtroom F, 15th Floor before Magistrate Judge Joseph C. Spero.

The parties may agree on a different briefing schedule and submit it to the court for approval.

**IT IS SO ORDERED.**

Dated: November 22, 2019

JOSEPH C. SPERO
United States Magistrate Judge